```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DEBORAH DONOGHUE,                                           :
                                                            :
                              Plaintiff,                    :
                                                            :        20-CV-10306 (VSB)
              -against-                                     :
                                                            :               ORDER
HALE PARTNERSHIP CAPITAL                                    :
MANAGEMENT, LLC et al.,                                     :
                                                            :
                              Defendants.                   :
                                                            :
-------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on December 7, 2020, (Doc. 1), and filed an affidavit of service on February 22, 2021, (Doc. 9). The parties agreed to two stipulations extending Defendants' time to answer the complaint. (Docs. 11, 16.) The deadline for Defendants to respond to Plaintiff's complaint was April 14, 2021. (*See* Doc. 16.) To date, Defendants have not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 19, 2021. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 19, 2021
             New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge