UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH DONOGHUE,<br><br> Plaintiff,<br><br>v.<br><br>1347 PROPERTY INSURANCE HOLDINGS, INC.,<br><br> Nominal Defendant,<br><br>and<br><br>HALE PARTNERSHIP CAPITAL MANAGEMENT, LLC,<br>HALE PARTNERSHIP CAPITAL ADVISORS, LLC,<br>HALE PARTNERSHIP FUND, L.P.,<br>CLARK – HALE FUND, L.P.,<br>SMITH – HALE FUND, L.P.,<br>DICKINSON – HALE FUND, L.P.,<br>STEVEN A. HALE II,<br><br> Defendants. | 20-CV-10306-VSB<br>No. _____<br>(ECF Case) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

   Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs and their counsel hereby give notice that Plaintiffs voluntarily dismiss this case with prejudice and without costs as to any party.

Dated: New York, New York
    May 13, 2021

| | |
|---|---|
| *s/ Miriam Tauber* | *s/ David Lopez* |
| Miriam Tauber (MT-1979) | David Lopez (DL-6779) |
| MIRIAM TAUBER LAW PLLC | LAW OFFICES OF DAVID LOPEZ |
| 885 Park Ave #2A, New York NY 10075 | PO Box 323 \| 171 Edge of Woods Rd. |
| (323) 790-4881 \| | Southampton, NY 11969 |
| MiriamTauberLaw@gmail.com | (631) 287-5520 \| DavidLopezEsq@aol.com |

*Attorneys for Plaintiff Deborah Donoghue*

8